_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                  CHAPTER 13 CASE NO.:

**REBECCA JANE ABLES**                             **20-12605-JDW**

## ORDER WITHDRAWING MOTION TO DISMISS (DKT. #21)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #21) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee"), and the response thereto filed by the Debtor (Dkt. #22). The Court is advised that the Trustee requests to withdraw the Motion as all issues presented in the Motion have been resolved. Upon request by the Trustee,

IT IS ORDERED that the Motion shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS  39211
(601) 355-6661
ssmith@barkley13.com